AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Manuel Amador PEREZ-Ortiz | ) | Case No. 5:20-MJ-1438 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 19, 2020** in the county of **Webb** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922 (g)(5)(B) | Possession of a Firearm by a Person Admitted into the United States Under Non-Immigrant Visa. |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

/s/ Ramon Roldan
*Complainant's signature*

Special Agent Ramon Roldan
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 41 and probable cause found:

Date: 06/22/2020

*Diana Song Quiroga*
*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*

# Attachment A

1. On June 19, 2020, the Laredo Police Department conducted a traffic stop on a white Jeep Grand Cherokee bearing Texas License Plates, near the 3700 block of E. Saunders Avenue, Laredo, Texas. The vehicle was occupied by two male subjects.

2. The passenger, identified as Manuel Amador PEREZ-Ortiz, was in possession of a Sig Sauer, model SP 2022, .40 caliber pistol bearing serial number 24B368903 (the firearm), with eleven rounds in the magazine, and one round in the chamber. Inside the vehicle, there was a cardboard box containing several bundles of US currency, all in $100 dollar denominations. PEREZ-Ortiz stated he was a citizen of Mexico. PEREZ-Ortiz stated he crossed the money from Mexico through the Rio Grande River to purchase land in Laredo, TX. PEREZ-Ortiz stated that the driver was the person who would build the house at the lot. LPD officers took custody of the firearm and the US currency, and detained both subjects for further investigation. LPD officers contacted ATF to assist with the investigation of the firearm.

3. At the LPD station. Two LPD officers interviewed PEREZ-Ortiz. In response to officers' questions, PEREZ-Ortiz stated that he crossed into the United States from Mexico across the Rio Grande River on June 18, 2020. PEREZ-Ortiz admitted to being in possession of the firearm, and stated that he took possession of the firearm in the United States. PEREZ-Ortiz further admitted knowing that he is prohibited from purchasing firearms in the United States due to his immigration status.

4. With the assistance of the U.S. Border Patrol, ATF agents confirmed that PEREZ-Ortiz is a citizen of Mexico, admitted into the United States under a Non-Immigrant Visa, and that his last crossing into the United States through a Port of Entry (POE) dates back to 2019.

5. ATF agents arrested PEREZ-Ortiz and will take custody of the firearm.